UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MINERVA ABUBAKAR, et al,
acting for themselves and
others similarly situated,

                    NO. CIV. S-06-2268 LKK/EFB

    Plaintiff,

  v.

COUNTY OF SOLANO,

    Defendant.
_____/

**STATUS (PRETRIAL SCHEDULING) CONFERENCE**

READ THIS ORDER CAREFULLY. IT CONTAINS IMPORTANT DATES WHICH THE COURT WILL STRICTLY ENFORCE AND WITH WHICH ALL COUNSEL AND PARTIES MUST COMPLY. A FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER MAY RESULT IN THE IMPOSITION OF MONETARY AND ALL OTHER SANCTIONS WITHIN THE POWER OF THE COURT, INCLUDING DISMISSAL OR AN ORDER OF JUDGMENT.

Pursuant to court order, a Status (Pretrial Scheduling) Conference was held in Chambers on January 16, 2007. Straun W. Boston appeared as counsel for plaintiff; John R. Whitefleet

1

appeared as counsel for defendant.  After hearing, the court makes the following findings and orders:

### SERVICE OF PROCESS

All parties defendant have been served and no further service is permitted except with leave of court, good cause having been shown.

### JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. § 1331, is undisputed and is hereby found to be proper, as is venue.

### DISCOVERY

No modifications of the discovery requirements found in the Federal Rules is ordered except as follows:

Initial disclosures to be made ninety (90) days after this hearing held on January 16, 2007; all discovery is stayed until then.

### FURTHER STATUS (PRETRIAL SCHEDULING) CONFERENCE

A further status conference is set for June 25, 2007 at 2:00 p.m.

### MISCELLANEOUS PROVISIONS

Plaintiff shall bring on a motion to provide notice within ninety (90) days or the parties shall so stipulate within ninety (90) days.

The parties are reminded that pursuant to Fed. R. Civ. P. 16(b), the Status (pretrial scheduling) Order **shall not be modified except by leave of court upon a showing of good cause**.  Counsel are

2

1 cautioned that changes to any of the scheduled dates will
2 necessarily result in changes to all other dates.  Thus, even where
3 good cause has been shown, the court will not grant a request to
4 change the discovery cutoff date without modifying the pretrial and
5 trial dates.

6     **Agreement by the parties pursuant to stipulation does not**
7 **constitute good cause.  Nor does the unavailability of witnesses**
8 **or counsel, except in extraordinary circumstances, constitute good**
9 **cause.**

10     The parties are reminded of their continuing obligation to
11 supplement their statements relative to the identification of
12 parent corporations and any publicly held company that owns 10% or
13 more of the party's stock within a reasonable time of any change
14 in the information.

15     The parties are admonished that they are not to cite or refer
16 to any of the quotations inscribed in the pavers on the front plaza
17 of the United States Courthouse in any written or oral presentation
18 to the court or a jury.

19     There appear to be no other matters presently pending before
20 the court that will aid the just and expeditious disposition of
21 this matter.

22     IT IS SO ORDERED.

23     DATED:  January 18, 2007.

24
25                                     LAWRENCE K. KARLTON
26                                     SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT