1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6

7  Attorneys for Plaintiffs

8

9                IN THE UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11  MINERVA ABUBAKAR et al, acting for  )   Case No.  CIV 06-2268 LKK EFB
    themselves and other similarly situated,  )
12                                       )   **STIPULATION AND ORDER FOR**
                        Plaintiffs,      )   **FILING OF AMENDED**
13                                       )   **COMPLAINT**
            v.                           )
14                                       )
                                         )
15  COUNTY OF SOLANO,                    )
                                         )
16                      Defendant.       )
17  _____  )

18

19      IT IS HEREBY STIPULATED by and between the parties hereto through their respective

20  attorneys of record that Plaintiffs may file a First Amended Complaint, a copy of which is attached

21  hereto.

22      IT IS FURTHER STIPULATED by and between the parties hereto that Defendant will accept

23  service by regular mail with certificate of service attached.  The parties stipulate that Defendant's

24  responsive pleading to Plaintiffs' amended complaint will be due fourteen days from the date the

25  amended complaint is served on Defendant.

26      This stipulation is appropriate because after this litigation commenced, several Plaintiffs

27  contacted their counsel seeking to amend their complaint to include additional allegations that

28  Defendant failed to compensate Plaintiffs for pre-shift and post-shift activities.

1

2  Dated: April  13 , 2007               **MASTAGNI, HOLSTEDT, AMICK,**
                                         **MILLER, JOHNSEN & UHRHAMMER**
3

4

5                                        /s/
                                         DAVID E. MASTAGNI
                                         Attorney for Plaintiffs
6

7

8
   Dated: April  13   , 2007              /s/
9                                         JOHN R. WHITEFLEET
                                          Attorneys for Defendant
10

11

12

13  **IT IS SO ORDERED:**

14

15

16  Dated: April 17, 2007.

17

18                                       _[signature]_
                                         LAWRENCE K. KARLTON
19                                       SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT
20

21

22

23

24

25

26

27

28