1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
7  Attorneys for Plaintiffs
8
9              IN THE UNITED STATES DISTRICT COURT
10                EASTERN DISTRICT OF CALIFORNIA

11 MINERVA ABUBAKAR et al, acting for ) Case No. CIV 06-2268 LKK EFB
   themselves and other similarly situated, )
12                                         ) **STIPULATION TO DISMISS**
                   Plaintiffs,             ) **PLAINTIFF KEITH BLOOMFIELD**
13                                         ) **WITH PREJUDICE**
           v.                              )
14                                         )
                                           )
15 COUNTY OF SOLANO,                       )
                                           )
16                 Defendant.              )
                                           )
17 _____)
18
19     IT IS HEREBY stipulated by and between the parties that Plaintiff, KEITH BLOOMFIELD,
20 dismisses his action against Defendant, COUNTY OF SOLANO, in the above entitled matter, with
21 prejudice. Defendant agrees to waive any right to costs and attorney's fees as a result of this
22 dismissal with prejudice.
       The parties do not intend this dismissal to act as a retraxit with respect to any other plaintiff.
23
24
   Dated: March  23  , 2007           **MASTAGNI, HOLSTEDT, AMICK,**
25                                    **MILLER, JOHNSEN & UHRHAMMER**
26
                                       /s/
27                                    _____
                                      DAVID E. MASTAGNI
                                      Attorney for Plaintiffs
28

**Request for Dismissal**                **USDC Eastern District**
**of Plaintiff Keith Bloomfield**        **Case No: CIV 06-2268 LKK EFB**

Dated: March 28, 2007

/s/
TERRENCE J. CASSIDY
JOHN R. WHITEFLEET
Attorneys for Defendant

**IT IS SO ORDERED:**

**Dated: May 3, 2007.**

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT