1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
7  Attorneys for Plaintiffs
8

9              IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11 MINERVA ABUBAKAR et al, acting for      )   Case No.  CIV 06-2268 LKK EFB
   themselves and other similarly situated, )
12                                          )   **STIPULATION TO DISMISS**
                  Plaintiffs,               )   **PLAINTIFF JIM TOYNBEE WITH**
13                                          )   **PREJUDICE**
         v.                                 )
14                                          )
                                            )
15 COUNTY OF SOLANO,                        )
                                            )
16                Defendant.                )
                                            )
17

18
        IT IS HEREBY stipulated by and between the parties that Plaintiff, JIM TOYNBEE,
19
   dismisses his action against Defendant, COUNTY OF SOLANO, in the above entitled matter, with
20
   prejudice.  Defendant agrees to waive any right to costs and attorney's fees as a result of this
21
   dismissal with prejudice.
22
        The parties do not intend this dismissal to act as a retraxit with respect to any other plaintiff.
23

24
   Dated: March  23  , 2007              **MASTAGNI, HOLSTEDT, AMICK,**
25                                       **MILLER, JOHNSEN & UHRHAMMER**
26
                                          /s/
27                                         DAVID E. MASTAGNI
                                           Attorney for Plaintiffs
28

---

**Request for Dismissal**                        **USDC Eastern District**
**of Plaintiff Keith Bloomfield**                 **Case No:  CIV 06-2268 LKK EFB**

1 | Dated: March __28__, 2007

2 |                                                /s/
                                   JOHN R. WHITEFLEET
                                    Attorneys for Defendant

**IT IS SO ORDERED:**

**Dated: May 3, 2007.**

*(signed)*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

**Request for Dismissal**                                                                        **USDC Eastern District**
**of Plaintiff Keith Bloomfield**                                         **Case No:  CIV 06-2268 LKK EFB**