```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  MINERVA ABUBAKAR, et al
12             Plaintiffs,
         v.                          NO. CIV. S-06-2268 LKK/EFB
13
    COUNTY OF SOLANO,
14                                        O R D E R
               Defendant.
15
    _____/
16
17        This is a Fair Labor Standards Act case alleging the
18  underpayment of overtime caused by the unlawful exclusion of
19  certain incentives in the calculation of plaintiffs' pay. Pending
20  before the court is plaintiffs' motion to facilitate notice
21  pursuant to 29 U.S.C. § 216(b).  Plaintiffs seek to notify
22  potential opt-in plaintiffs in accordance with Hoffman-LaRoche,
23  Inc. v. Sperling, 493 U.S. 165 (1989). Defendant does not oppose
24  the motion, except with the respect to the issue of whether it must
25  post the notice in its facilities.
26  ////
```

1     There are only approximately seventy some odd potential
2 members of the class who have not filed consent forms with the
3 court.  While posting the notice would probably not place a
4 significant burden on defendant, plaintiffs have not demonstrated
5 why notice via mail is not sufficient to notify the remaining
6 potential class members.  See <u>Romero v. Producers Dairy Foods,</u>
7 <u>Inc.</u>, 235 F.R.D. 474, 492 (E.D. Cal. 2006) ("First class mail is
8 ordinarily sufficient to notify class members who have been
9 identified.").
10     Accordingly, the court orders as follows:
11     1.  The language of the proposed notice is approved as fair
12 and accurate.
13     2.  Plaintiffs' counsel is authorized to mail the proposed
14 notice to all persons who were Unit 13 Correctional Officers at any
15 time between October 16, 2003 and the present.
16     3.  To be timely filed, Consent to Be Included as a Plaintiff
17 forms must be filed with the court by July 27, 2007 and may only
18 be extended upon a showing of good cause.
19     4.  Within 21 days of this order, the County of Solano shall
20 produce to plaintiffs a list containing the names and addresses of
21 all persons who were Unit 13 Correctional Officers at any time
22 between October 16, 2003 and the present, so that notice may be
23 accomplished.
24 ////
25 ////
26 ////

5. The hearing currently set for May 21, 2007 at 10:00 a.m. is hereby VACATED.

IT IS SO ORDERED.

DATED: May 15, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT