DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
JAMES R. TRABER, ESQ. (SBN 248439)
**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINERVA ABUBAKAR et al, acting for themselves and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SOLANO,<br><br>Defendant. | Case No.  CIV 06-2268 LKK EFB<br><br>**STIPULATION TO DISMISS PLAINTIFF TINA ARCAND WITHOUT PREJUDICE** |

IT IS HEREBY stipulated by and between the parties that Plaintiff, TINA ARCAND, dismisses her action against Defendant, COUNTY OF SOLANO, in the above entitled matter, without prejudice.  Defendant agrees to waive any right to costs and attorney's fees as a result of this dismissal.

The parties do not intend this dismissal to act as a retraxit with respect to any other plaintiff.

Dated: April 24, 2008                              **MASTAGNI, HOLSTEDT, AMICK,
                                                    MILLER, JOHNSEN & UHRHAMMER**

                                                     /s/ James R. Traber
                                                    JAMES R. TRABER
                                                    Attorney for Plaintiffs

1

2  Dated: April 24, 2008                    /s/ John R. Whitefleet
                                            JOHN R. WHITEFLEET
3                                           Attorneys for Defendant

4

5
   **IT IS SO ORDERED:**
6

7
   Date:   April 25, 2008.
8
                                            LAWRENCE K. KARLTON
9                                           SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Request for Dismissal**                                   **USDC Eastern District**
**of Plaintiff Tina Arcand**                                **Case No:  CIV 06-2268 LKK EFB**
                                    -2-