DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
JAMES R. TRABER, ESQ. (SBN 248439)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINERVA ABUBAKAR et al, acting for themselves and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SOLANO,<br><br>Defendant. | Case No.  CIV 06-2268 LKK EFB<br><br>**STIPULATION TO DISMISS PLAINTIFF DANIEL LEWIS WITHOUT PREJUDICE** |

IT IS HEREBY stipulated by and between the parties that Plaintiff, DANIEL LEWIS, dismisses his action against Defendant, COUNTY OF SOLANO, in the above entitled matter, without prejudice.  Defendant agrees to waive any right to costs and attorney's fees as a result of this dismissal.

The parties do not intend this dismissal to act as a retraxit with respect to any other plaintiff.

Dated: April 24, 2008              **MASTAGNI, HOLSTEDT, AMICK,**
                                   **MILLER, JOHNSEN & UHRHAMMER**


                                     /s/ James R. Traber
                                   JAMES R. TRABER
                                   Attorney for Plaintiffs

1
2   Dated: April 24, 2008                    /s/ John R. Whitefleet
3                                            JOHN R. WHITEFLEET
                                             Attorneys for Defendant
4
5
    **IT IS SO ORDERED:**
6
7
    Date: April 25, 2008.
8
9                                            _____
                                             LAWRENCE K. KARLTON
10                                           SENIOR JUDGE
                                             UNITED STATES DISTRICT COURT
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Request for Dismissal**                                    **USDC Eastern District**
**of Plaintiff Daniel Lewis**                                **Case No:  CIV 06-2268 LKK EFB**
                              -2-