1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   JAMES R. TRABER, ESQ. (SBN 248439)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs
8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                       EASTERN DISTRICT OF CALIFORNIA
11

12  MINERVA ABUBAKAR et al, acting for   )   Case No.  CIV 06-2268 LKK EFB
    themselves and other similarly situated, )
13                                         )
              Plaintiffs,                  )   **STIPULATION AND ORDER**
14                                         )   **EXTENDING TIME TO**
         v.                                )   **ANSWER DISCOVERY**
15                                         )
                                           )
16  COUNTY OF SOLANO,                      )
                                           )
17            Defendant.                   )
   _____ )

18

19      WHEREAS, on February 22, 2008, the Court entered an order directing Defendant to redraft

20  and reserve its Requests for Production of Documents, Set No. One, and Special Interrogatories Set

21  No. One within ten days of said order;

22      WHEREAS, the Court's February 22, 2008, order also directed Plaintiffs to provide

23  responses to Defendant's redrafted Requests for Production of Documents, Set No. One, and Special

24  Interrogatories Set No. One, within ninety days of service, without prejudice to Plaintiffs moving

25  for additional time to respond;

26      WHEREAS, on March 3, 2008, Defendant served by mail upon Plaintiffs' counsel certain

27  revised Requests for Production of Documents, Set No. One, and Special Interrogatories Set No.

28  One;

---

**Stipulation and Order Extending Plaintiffs'**            **USDC Eastern District**
**Time to Answer Discovery**                                **Case No:  CIV 06-2268 LKK EFB**

1  WHEREAS, the current deadline for Plaintiffs to provide responses is June 3, 2008. Plaintiffs have compiled, and will produce a significant number of responses. However, approximately 82 responses are not ready for service at this time. The individuals for whom an extension of time to respond is required are listed in the document attached hereto as "Exhibit A".

NOW THEREFORE, the parties stipulate and agree, that in the interests of judicial efficiency and economy, the individuals listed in "Exhibit A" shall have an extension of time to serve responses to Requests for Production of Documents, Set No. One, and Special Interrogatories Set No. One up to, and including July 1, 2008.

Dated: May 30, 2008

**MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER**

   /s/ James R. Traber
JAMES R. TRABER
Attorney for Plaintiffs

Dated: June 2, 2008

/signature on original, filed copy/

JOHN R. WHITEFLEET
Attorneys for Defendant

**APPROVED SO ORDERED.**

**Dated:  June 9, 2008.**

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE