DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
DAVID D. KING, ESQ. (SBN 252074)
**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINERVA ABUBAKAR et al, acting for themselves and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SOLANO,<br><br>Defendant. | Case No.  CIV 06-2268 LKK EFB<br><br>**STIPULATION TO DISMISS PLAINTIFF RICHARD PETRETTI WITHOUT PREJUDICE** |

IT IS HEREBY stipulated by and between the parties that Plaintiff, RICHARD PETRETTI, dismisses his action against Defendant, COUNTY OF SOLANO, in the above entitled matter, without prejudice.  Defendant agrees to waive any right to costs and attorney's fees as a result of this dismissal.

The parties do not intend this dismissal to act as a retraxit with respect to any other plaintiff.

Dated: July 16, 2008       **MASTAGNI, HOLSTEDT, AMICK,
                             MILLER, JOHNSEN & UHRHAMMER**


                              /s/ David E. Mastagni
                             DAVID E. MASTAGNI
                             Attorney for Plaintiffs

-2-

Dated: July 16, 2008

/s/
JOHN R. WHITEFLEET
Attorneys for Defendant

**IT IS SO ORDERED:**

Date: July 21, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT