1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   JAMES R. TRABER, ESQ. (SBN 248439)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7
   Attorneys for Plaintiffs
8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                       EASTERN DISTRICT OF CALIFORNIA
11

12  MINERVA ABUBAKAR et al, acting for      )   Case No.  CIV 06-2268 LKK EFB
    themselves and other similarly situated, )
13                                           )   **STIPULATION TO DISMISS**
                    Plaintiffs,              )   **PLAINTIFF PAULA TOYNBEE**
                                             )   **WITHOUT PREJUDICE**
14      v.                                   )
                                             )
15                                           )
    COUNTY OF SOLANO,                        )
16                                           )
                    Defendant.               )
17  _____  )

18

19      IT IS HEREBY stipulated by and between the parties that Plaintiff, PAULA TOYNBEE,

20  dismisses her action against Defendant, COUNTY OF SOLANO, in the above entitled matter,

21  without prejudice.  Defendant agrees to waive any right to costs and attorney's fees as a result of this

22  dismissal.

23      The parties do not intend this dismissal to act as a retraxit with respect to any other plaintiff.

24

25  Dated: July 1, 2008                    **MASTAGNI, HOLSTEDT, AMICK,**
                                           **MILLER, JOHNSEN & UHRHAMMER**
26

27                                            /s/ David E. Mastagni
                                           DAVID E. MASTAGNI
28                                         Attorney for Plaintiffs

---

**Request for Dismissal**                              **USDC Eastern District**
**of Plaintiff Paula Tonybee**                         **Case No:  CIV 06-2268 LKK EFB**

1
2  Dated: July 9, 2008
3                                    /s/
                                     JOHN R. WHITEFLEET
                                     Attorneys for Defendant
4
5
   **IT IS SO ORDERED:**
6
7
8  Dated: July 21, 2008.
9
10
11                         *Lawrence K. Karlton* (signature)
                           LAWRENCE K. KARLTON
12                         SENIOR JUDGE
                           UNITED STATES DISTRICT COURT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28