```
 1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
    DAVID E. MASTAGNI, ESQ. (SBN 204244)
 2  WILL M. YAMADA, ESQ. (SBN 226669)
    DAVID D. KING, ESQ. (SBN 252074)
 3  MASTAGNI, HOLSTEDT, AMICK,
    MILLER, JOHNSEN & UHRHAMMER
 4  A Professional Corporation
    1912 "I" Street
 5  Sacramento, California 95811
    Telephone: (916) 446-4692
 6  Facsimile: (916) 447-4614

 7  Attorneys for Plaintiffs
 8
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINERVA ABUBAKAR et al, acting for themselves and other similarly situated, | Case No.  CIV 06-2268 LKK EFB |
| Plaintiffs, | **STIPULATION AND ORDER TO DISMISS PLAINTIFF RICHARD PETRETTI WITHOUT PREJUDICE** |
| v. | |
| COUNTY OF SOLANO, | |
| Defendant. | |

IT IS HEREBY stipulated by and between the parties that Plaintiff, RICHARD PETRETTI, dismisses his action against Defendant, COUNTY OF SOLANO, in the above entitled matter, without prejudice. Defendant agrees to waive any right to costs and attorney's fees as a result of this dismissal.

The parties do not intend this dismissal to act as a retraxit with respect to any other plaintiff.

Dated: July 16, 2008            **MASTAGNI, HOLSTEDT, AMICK,
                                 MILLER, JOHNSEN & UHRHAMMER**

                                  /s/ David E. Mastagni
                                 DAVID E. MASTAGNI
                                 Attorney for Plaintiffs

1

2  Dated:

3                            JOHN R. WHITEFLEET
                           Attorneys for Defendant

4

5

6  **IT IS SO ORDERED:**

7

8  Date: July 24, 2008

9                            LAWRENCE K. KARLTON
                           SENIOR JUDGE
                           UNITED STATES DISTRICT COURT