DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
DAVID D. KING, ESQ. (SBN 252074)
**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINERVA ABUBAKAR et al, acting for themselves and other similarly situated,<br><br>             Plaintiffs,<br><br>     v.<br><br>COUNTY OF SOLANO,<br><br>             Defendant. | Case No.  CIV 06-2268 LKK EFB<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF RANDY PRATT WITHOUT PREJUDICE** |

IT IS HEREBY stipulated by and between the parties that Plaintiff, RANDY PRATT, dismisses his action against Defendant, COUNTY OF SOLANO, in the above entitled matter, without prejudice. Defendant agrees to waive any right to costs and attorney's fees as a result of this dismissal.

The parties do not intend this dismissal to act as a retraxit with respect to any other plaintiff.

Dated: July 21, 2008                    **MASTAGNI, HOLSTEDT, AMICK,
                                          MILLER, JOHNSEN & UHRHAMMER**


                                           /s/ David E. Mastagni
                                          DAVID E. MASTAGNI
                                          Attorney for Plaintiffs

1  Dated: _____

2
                                        _____
3                                       JOHN R. WHITEFLEET
                                        Attorneys for Defendant
4

5  **IT IS SO ORDERED:**

6

7  Date: July 25, 2008
                                        _____
8                                       LAWRENCE K. KARLTON
                                        SENIOR JUDGE
9                                       UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28