1  DAVID E. MASTAGNI, ESQ. (SBN 204244)
   WILL M. YAMADA, ESQ. (SBN 226669)
2  JAMES CARR, ESQ. (SBN 53274)
   DAVID D. KING, ESQ. (SBN 252074)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95811
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINERVA ABUBAKAR et al, acting for themselves and other similarly situated, | CASE NO.   06-CV-2268-LKK-EFB |
| Plaintiffs, | **STIPULATION AND ORDER RE JOINDER OF ADDITIONAL PLAINTIFFS** |
| v. | |
| COUNTY OF SOLANO, | |
| Defendant. | |

WHEREFORE:

1. The Plaintiffs filed their original complaint in this matter on October 12, 2006. The Plaintiffs filed a First Amended Complaint on April 18, 2007. On February 26, 2008 this Court granted Plaintiffs' motion permitting addition Plaintiffs to join this action by March 31, 2008.

2. Steven Sorvetti and Jake Johnson request leave of court to permit them to join this action as Plaintiffs upon filing a consent to be included as a plaintiff.

3. Steven Sorvetti and Jake Johnson intend to file separate actions for the same claims alleged in the above action, if they are unable to join this action. Permitting the late joinder serves the interests of judicial economy, convenience to the parties, and reducing litigation expenses, because the individuals would file a separate action alleging identical claims and likely consolidate pursuant to Federal Rule of Civil Procedure 42(a) as the actions as they "involve a common question of law or fact."

4. Good cause exists to permit Steven Sorvetti and Jake Johnson to join this action as plaintiffs, upon filing a consent to be included as a plaintiff.

IT IS STIPULATED that Steven Sorvetti and Jake Johnson may seek leave to join this action as plaintiffs, upon filing a consent to be included as a plaintiff in the above-entitled action, to which Defendant does not oppose.

**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**

Dated: July 31, 2008                            By:   /s/ David E. Mastagni

    DAVID E. MASTAGNI
    Attorney for Plaintiffs

Dated: July 31, 2008                            By:   /s/ John R. Whitefleet

    JOHN R. WHITEFLEET
    Attorney for Defendant

### ORDER

Good cause appearing, it is hereby ORDERED that Steven Sorvetti and Jake Johnson are permitted to join this action as Plaintiffs upon filing a consent to be included as a plaintiff.

Dated: August 4, 2008

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

**STIPULATION AND ORDER TO ADD PLAINTIFFS**