DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
JAMES CARR, ESQ. (SBN 53274)
DAVID D. KING, ESQ. (SBN 252074)
**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile:  (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINERVA ABUBAKAR et al, acting for themselves and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SOLANO,<br><br>Defendant. | CASE NO.   06-CV-2268-LKK-EFB<br><br>**STIPULATION AND ORDER RE SUBSTITUTING PLAINTIFF DECEDENT WITH PLAINTIFF SUCCESSOR IN INTEREST** |

WHEREFORE:

1.  The Plaintiffs filed their original complaint in this matter on October 12, 2006. The Plaintiffs filed a First Amended Complaint on April 18, 2007.

2.  On February 26, 2008 this Court granted Plaintiffs' motion permitting additional Plaintiffs to join this action by March 31, 2008.

3.  Eugene Jiongo joined the above-entitled action as an individual plaintiff on February 26, 2007.

4.  Eugene Jiongo died on December 1, 2007 in Vallejo, California.  See Death Certificate of Eugene Jiongo, attached and incorporated herein as Exhibit "A".

5.  Eugene Jiongo is survived by his wife, Patricia Jiongo.

6.  Under federal common law, "[t]he party seeking to bring a survival action bears

1 the burden of demonstrating that a particular state's law authorizes a survival action and that the
2 plaintiff meets that state's requirements for bringing a survival action." *Moreland v. Las Vegas*
3 *Metropolitan Police Dept.*,159 F.3d 365, 369 (9th Cir. 1998).

4     7.    Patricia Jiongo is Successor in Interest of Eugene Jiongo and meets California
5 state requirements for bringing a survival action.. See Declaration of Patricia Jiongo, attached
6 and incorporated herein as Exhibit "B".

7     8.    The Plaintiffs request the granting of leave of court to substitute Patricia Jiongo
8 for Eugene Jiongo as individual plaintiff in the above-entitled action.

9     9.    Patricia Jiongo intends to file a separate Motion for Substitution pursuant to Fed.
10 R. Civ. P. 25(a)(1), if she is unable to substitute for Eugene Jiongo.

11 IT IS STIPULATED that Patricia Jiongo, as Successor in Interest of Eugene Jiongo, may
12 seek leave to substitute as Plainiff Eugene Jiongo as an individual plaintiff in the above-entitled
13 action, to which Defendant does not oppose.

**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**

Dated: July 31, 2008            By:   /s/ David E. Mastagni

                                          DAVID E. MASTAGNI
                                          Attorney for Plaintiffs

Dated: July 31, 2008            By:   /s/ John R. Whitefleet

                                          JOHN R. WHITEFLEET
                                          Attorney for Defendant

23 ///
24 ///
25 ///
26 ///
27 ///
28 ***///***

Stipulation and Order to Substitute Plaintiff    *Abubakar, et al. v. County of Solano*
                                                                              Case No. 06-CV-2268-LKK-EFB
00601882.WPD                -2-

**ORDER**

Good cause appearing, it is hereby ORDERED that Patricia Jiongo, Successor in Interest of Eugene Jiongo, is substituted for Eugene Jiongo as individual plaintiff in the above-entitled action.

Dated: August 4, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT