1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MINERVA ABUBAKAR, et al.,

11            Plaintiffs,                    No. CIV S-06-2268 LKK EFB

12        vs.

13   COUNTY OF SOLANO,

14            Defendant.                     <u>ORDER</u>

15   _____/

16        On July 7, 2008, plaintiffs filed a motion for sanctions and to compel further responses to

17   their Request for Production (Set Two), served upon defendant on January 29, 2008.  *See* Fed. R.

18   Civ. P. 34 and 37.  The court initially heard the motion on September 17, 2008.  After

19   consideration of the parties' respective positions, the court directed plaintiffs to further refine

20   their production requests, directed defendant to provide a privilege log pursuant to Fed. R. Civ.

21   P. 26(b)(5) for all responsive documents which it sought to withhold pursuant to the attorney-

22   client privilege or work product doctrine, ordered the parties to further meet and confer, and

23   scheduled a further hearing for October 8, 2008.  The parties were ordered to file a supplemental

24   joint statement one week prior to the hearing.

25        The joint statement filed October 1, 2008 revealed continued difficulties in counsels'

26   communications, but demonstrated that plaintiffs had refined their production requests to "six

categories" of documents, and that defendant had produced some responsive documents and filed an amended response.

For the reasons stated on the record at the continued hearing on October 8, 2008, it is hereby ORDERED that defendant, on or before November 17, 2008, shall:  (1) complete its search and produce all documents responsive to plaintiffs' Request for Production (Set Two), as refined by plaintiffs' "six categories" of responsive documents; (2) provide a privilege log describing any responsive documents withheld pursuant to the attorney-client privilege or work product doctrine; and (3) certify in writing that all responsive documents have been produced. In addition, defendant shall: (4) file a Second Amended Response to the subject production request.

Accordingly, IT IS FURTHER ORDERED that:

1.  Plaintiffs' Motion to Compel Production of Documents pursuant to their Request for Production (Set Two) (Dckt. No. 102), is GRANTED; and

2.  Plaintiffs' request for sanctions (Dckt. No. 102)  is DENIED.

SO ORDERED.

DATED:  October 10, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE