1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  DAVID D. KING, ESQ. (SBN 252074)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95811
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINERVA ABUBAKAR et al, acting for themselves and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SOLANO,<br><br>Defendant. | Case No. CIV 06-2268 LKK EFB<br><br>**STIPULATION TO DISMISS PLAINTIFF CHARLES OLMSTEAD WITHOUT PREJUDICE** |

IT IS HEREBY stipulated by and between the parties that Plaintiff, CHARLES OLMSTEAD, dismisses his action against Defendant, COUNTY OF SOLANO, in the above entitled matter, without prejudice. Defendant agrees to waive any right to costs and attorney's fees as a result of this dismissal.

The parties do not intend this dismissal to act as a retraxit with respect to any other plaintiff.

Dated: September 22, 2008         **MASTAGNI, HOLSTEDT, AMICK,**
                                           **MILLER, JOHNSEN & UHRHAMMER**

                                               /s/ David E. Mastagni
                                              DAVID E. MASTAGNI
                                              Attorney for Plaintiffs

Dated: February 26, 2009

      /s/ John R. Whitefleet
JOHN R. WHITEFLEET
Attorneys for Defendant

**IT IS SO ORDERED:**

Date:   March 2, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT