DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
JAMES CARR, ESQ. (SBN 53274)
DAVID D. KING, ESQ. (SBN 252074)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINERVA ABUBAKAR et al, acting for themselves and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SOLANO,<br><br>Defendant. | CASE NO.   06-CV-2268-LKK-EFB<br><br>**NOTICE OF SETTLEMENT** |

The parties in the above entitled cause of action have reached a conditional settlement. Accordingly, the parties request this court stay all proceedings pending the Court's consideration of the parties request for approval of the settlement agreement and dismissal of this case. Upon obtaining approval and execution of the settlement agreement, the parties shall forthwith file with the Court a Stipulation re Approval of Settlement Agreement and Dismissal with Prejudice and [Proposed] Order Thereon.

                                              MASTAGNI, HOLSTEDT, AMICK,
                                              MILLER, JOHNSEN & UHRHAMMER

Dated: March 23, 2009                           By:    /s/ David E. Mastagni
                                                                  DAVID E. MASTAGNI
                                                                  Attorney for Plaintiffs

1  Dated: March 23, 2009                    By:     /s/ John R. Whitefleet
2                                                   JOHN R. WHITEFLEET
                                                    Attorney for Defendant
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28