1

2

3

4

5

6

7                  UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   MINERVA ABUBAKAR, et al.,
     acting for themselves and
11   others similarly situated,
                                        NO. Civ.S-06-2268 LKK/EFB
12          Plaintiffs,

13      v.                              **ORDER RE DISPOSAL**
                                        **DOCUMENTS AFTER**
14   COUNTY OF SOLANO,                  **NOTIFICATION OF SETTLEMENT**

15          Defendants.
                                       /
16

17       Counsel for plaintiffs has filed a Notice of Settlement in the

18   above-captioned case.  The court now orders that the dispositional

19   documents disposing of the case be filed no later than sixty (60)

20   days from the effective date of this order.

21       All hearing dates heretofore set in this matter are hereby

22   **VACATED.**

23       FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

24   IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

25   ////

26   ////

1

1    CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

2        IT IS SO ORDERED.

3        DATED:  March 27, 2009.

4

5

6                                    LAWRENCE K. KARLTON
                                     SENIOR JUDGE
7                                    UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26