**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24

Dated:   *033109*

Signature:   *Allison X. Hagen*

Type or Legibly Print Name:  Allison  Hagen

Current Mailing Address:  ███████████████████████████

_____

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:     $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24

Dated:     3-31-09

Signature:   *Alice Hall*

Type or Legibly Print Name:  Alice Hall

Current Mailing Address:  ███████████████████

_____

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:        $5113.32

I shall receive a check for wages subject to tax withholdings in the amount of

$2556.66


I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2556.66

Dated: 3/31/09

Signature:

Type or Legibly Print Name:  Danny  Hall II

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**

*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $6230.54

I shall receive a check for wages subject to tax withholdings in the amount of

$3115.27


I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$3115.27

Dated: ___3-31-09___

Signature: _____

Type or Legibly Print Name:  Jimmie Hardy, Jr.

Current Mailing Address: ███████████████████

█████████████████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24

Dated:  _3. 31 - 9_____

Signature:  _____

Type or Legibly Print Name:  David  Harris II

Current Mailing Address: ██████████████████████

_____

10
Settlement Agreement And Release
*Minerva Abubakar, et al. v. County of Solano*, Case Number 06-CV-2268-LKK-EFB

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $6230.54

I shall receive a check for wages subject to tax withholdings in the amount of

$3115.27

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$3115.27

Dated: _3/31/09_

Signature: _(signature)_

Type or Legibly Print Name:  Charles Hayes   *Charles F. Hayes*

Current Mailing Address: _███████████████_

_____  ███████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release. as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24


Dated: 033/09

Signature:

Type or Legibly Print Name:  Carlos Hernandez

Current Mailing Address: CARLOS Hernandez

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:       $6230.54

I shall receive a check for wages subject to tax withholdings in the amount of

$3115.27


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$3115.27


Dated: ___053109_____

Signature: _____

Type or Legibly Print Name:  Rodney Herndon

Current Mailing Address: ████████████████████████

_____

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:   $6 230 . 54 *gll*

I shall receive a check for wages subject to tax withholdings in the amount of

$3115 . 27 *gll*

I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$3115 . 27 *gll*

Dated: 3/31/09

Signature: _____

Type or Legibly Print Name: JOSEPH E. HILYER

Current Mailing Address: ████████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above. I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:     $4672.03

I shall receive a check for wages subject to tax withholdings in the amount of

$2336.02

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2336.02

Dated: 04/09/09

Signature: *Lori Holabird*

Type or Legibly Print Name: Lori Holabird

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24


Dated:  03/31/09

Signature: _____

Type or Legibly Print Name:  David  Holsten

Current Mailing Address: ███████████████

█████████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:     $3098.65

I shall receive a check for wages subject to tax withholdings in the amount of

$1549.33

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$1549.33

Dated: 3-31-09

Signature: *Frank m Howell*

Type or Legibly Print Name:  Frank  Howell

Current Mailing Address: ████████████████████

████████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5558.43

I shall receive a check for wages subject to tax withholdings in the amount of

$2779.22

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2779.22

Dated: 3 - 31 - 2009

Signature: Robert Hurley

Type or Legibly Print Name:  Robert  Hurley

Current Mailing Address: ███████████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $2626.70

I shall receive a check for wages subject to tax withholdings in the amount of

$1313.35


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$1313.35

Dated: *April 3 2009*
Signature: *S. Hutchinson*

Type or Legibly Print Name: Sarah Hutchinson

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5904.83

I shall receive a check for wages subject to tax withholdings in the amount of

$2952.42


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2952.42

Dated: 3/31/09

Signature:

Type or Legibly Print Name:  Eric Iverson

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $6230.54

I shall receive a check for wages subject to tax withholdings in the amount of

$3115.27


I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$3115.27


Dated: _033109_

Signature: _____

Type or Legibly Print Name:  Brian James

Current Mailing Address: ███████████████

████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $6230.54

I shall receive a check for wages subject to tax withholdings in the amount of

$3115.27


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$3115.27

Dated:  3/31/09

Signature:  _____ AARON JANES

Type or Legibly Print Name:  Aaron Janes

Current Mailing Address:  ___

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24


Dated: _____033109_____

Signature: _____

Type or Legibly Print Name:  Richard Jarovski

Current Mailing Address: ████████████████████

████████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:        $4429.32

I shall receive a check for wages subject to tax withholdings in the amount of

$2214.66


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2214.66


Dated: 3-31-09

Signature: *[signature]*

Type or Legibly Print Name:  Eugene Jiongo

Current Mailing Address: ████████████████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:  $4514.43

I shall receive a check for wages subject to tax withholdings in the amount of

$2257.21

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2257.21

Dated: 03-31-09

Signature: Jake Johnson III

Type or Legibly Print Name:  Jake Johnson III

Current Mailing Address:  ███████████████████

███████

**SETTLEMENT AGREEMENT AND RELEASE**

*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above. I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5685.75

I shall receive a check for wages subject to tax withholdings in the amount of

$2842.87


I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2842.87


Dated: _March 21, 2009_

Signature: _Gwendolyn Jones_

Type or Legibly Print Name:  Gwendolyn Jones

Current Mailing Address: ███████████████

██████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:     $6230.54

I shall receive a check for wages subject to tax withholdings in the amount of

$3115.27

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$3115.27

Dated:    3 | 21 | 09

Signature:    _Derek Julio_

Type or Legibly Print Name:  Derek Julio

Current Mailing Address:  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:     $6034.42

I shall receive a check for wages subject to tax withholdings in the amount of

$3017.21

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$3017.21

Dated:   3 - 31 - 09

Signature:

Type or Legibly Print Name:  Brad Kamman

Current Mailing Address:  ███████████████

███████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $6230.54

I shall receive a check for wages subject to tax withholdings in the amount of

$3115.27


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$3115.27

Dated:  3·31·09

Signature:  *Stacee Kamman*

Type or Legibly Print Name:  Stacee Kamman

Current Mailing Address:  ███████████

## SETTLEMENT AGREEMENT AND RELEASE
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

## INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above. I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:            $500.00

I shall receive a check for wages subject to tax withholdings in the amount of

     $250.00

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

     $250.00

Dated: 3/30/09

Signature: _Reg QQ Kenn_

Type or Legibly Print Name:   Reginald Kennedy

Current Mailing Address: ███████████████████

████████████████████

10
Settlement Agreement And Release
*Minerva Abubakar, et al. v. County of Solano*, Case Number 06-CV-2268-LKK-EFB

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:       $5947.09

I shall receive a check for wages subject to tax withholdings in the amount of

$2973.54

I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2973.54

Dated: 2 3 3 / 0 9

Signature: *Kenneth M. Ke*

Type or Legibly Print Name:  Kenneth Kerr

Current Mailing Address: ███████████████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:       $9512.18

I shall receive a check for wages subject to tax withholdings in the amount of

$4756.09


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$4756.09


Dated:   3 - 31 - 9 9

Signature:

Type or Legibly Print Name:  Kevin Kirkland

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:     $6230.54

I shall receive a check for wages subject to tax withholdings in the amount of

$3115.27

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$3115.27

Dated: _3/21/09_

Signature: _____

Type or Legibly Print Name:  Mark Lagrisola

Current Mailing Address:  ███████████████

███████████████

## SETTLEMENT AGREEMENT AND RELEASE

*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $3226.50

I shall receive a check for wages subject to tax withholdings in the amount of

$1613.25

I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$1613.25

Dated:  4/3/09

Signature:  *Ronald G Lahmon*

Type or Legibly Print Name:  Ronald Lahmon

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:        $3631.91

I shall receive a check for wages subject to tax withholdings in the amount of

$1815.96


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$1815.96


Dated: _033/09_____

Signature: _____

Type or Legibly Print Name:  James  Laughlin

Current Mailing Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24

Dated: _3 - 31 - 09_

Signature: _Doris J. Lawson_

Type or Legibly Print Name:  Doris Lawson      DORIS  LAWSON

Current Mailing Address: ███████████████████████████

███████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:     $6230.54

I shall receive a check for wages subject to tax withholdings in the amount of

$3115.27


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$3115.27

Dated: _3  31. 09_

Signature: _____

Type or Legibly Print Name: Thomas  Lombardo

Current Mailing Address: ████████████████████

██████████████████████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:     $2996.34

I shall receive a check for wages subject to tax withholdings in the amount of

$1498.17


I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$1498.17

Dated:     3-31-09

Signature:

Type or Legibly Print Name:  Frederick  Lusk

Current Mailing Address: ████████████████████████

████████████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5853.27

I shall receive a check for wages subject to tax withholdings in the amount of

$2926.64


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2926.64

Dated: _3-31-9_
Signature: _Diana Mallory_

Type or Legibly Print Name: Diana Mallory

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano,* United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $1785.80

I shall receive a check for wages subject to tax withholdings in the amount of

$892.90

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$892.90

Dated: 3 - 31 - 09

Signature: *(signature)*

Type or Legibly Print Name:  Gilbert Manzano

Current Mailing Address: ███████████████

███████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:     $6230.54

I shall receive a check for wages subject to tax withholdings in the amount of

$3115.27


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$3115.27


Dated:  3 - 31 - 09

Signature: 

Type or Legibly Print Name:  Miguel Manzo

Current Mailing Address:  ██████████████████████

██████████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $4188.72

I shall receive a check for wages subject to tax withholdings in the amount of

$2094.36


I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2094.36


Dated: 3/31/09

Signature:

Type or Legibly Print Name:  Amanda Martinez

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24


I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24

Dated: *March 31 2009*
Signature: *Carol McFadden*

Type or Legibly Print Name:  Carol McFadden

Current Mailing Address: ███████████████

██████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5943.36

I shall receive a check for wages subject to tax withholdings in the amount of

$2971.68


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2971.68

Dated: 3/31/09

Signature:

Type or Legibly Print Name:  Danette Mercado

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $6230.54

I shall receive a check for wages subject to tax withholdings in the amount of

$3115.27


I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$3115.27

Dated: _03/31/09_

Signature: _____

Type or Legibly Print Name:  Jerome Metzger III

Current Mailing Address: ███████████████

_____  ███████████████  _____

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $4874.94

I shall receive a check for wages subject to tax withholdings in the amount of

$2437.47


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2437.47

Dated: 3-31-09

Signature:

Type or Legibly Print Name:  Pege Metzger

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:          $500.00

I shall receive a check for wages subject to tax withholdings in the amount of

    $250.00

I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

    $250.00

Dated:  3-31-2009

Signature:

Type or Legibly Print Name:    Brian Miller

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $6192.02

I shall receive a check for wages subject to tax withholdings in the amount of

$3096.01


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$3096.01

Dated:  3 - 31 - 09

Signature:  *Sylvia Mitchell*

Type or Legibly Print Name:  Sylvia Mitchell

Current Mailing Address: ███████████████████

█████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:     $4891.69

I shall receive a check for wages subject to tax withholdings in the amount of

$2445.84


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2445.84


Dated: _____ 3 - 71 - 09 _____

Signature: _____

Type or Legibly Print Name:  Rex Moffett

Current Mailing Address: _____ ███████████████████

_____ ███████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5685.75

I shall receive a check for wages subject to tax withholdings in the amount of

$2842.87


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2842.87


Dated: 03 31 09

Signature: _James Montoya_

Type or Legibly Print Name:  James  Montoya

Current Mailing Address: ████████████████████

████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:     $3325.21

I shall receive a check for wages subject to tax withholdings in the amount of

$1662.60

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$1662.60

Dated:  03/31/2009

Signature:

Type or Legibly Print Name:  Aaron Neisingh

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24

Dated:  _31 MARCH 09_

Signature:  _____

Type or Legibly Print Name:  Robert  Olmstead

Current Mailing Address:  ████████████████████

_____  ████████████████████  _____

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $6230.54

I shall receive a check for wages subject to tax withholdings in the amount of

$3115.27


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$3115.27


Dated:   3/31/09

Signature:

Type or Legibly Print Name:  Keith Parrish

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24

Dated: _033/09_

Signature: _____

Type or Legibly Print Name:  Carlos Pereda, Jr.

Current Mailing Address: ███████████████████

_____

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:       $5933.68

I shall receive a check for wages subject to tax withholdings in the amount of

$2966.84

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2966.84

Dated: _03- 31- 0 9_

Signature: _____

Type or Legibly Print Name:  Ronald Plunkett

Current Mailing Address:  ███████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:     $5922.34

I shall receive a check for wages subject to tax withholdings in the amount of

$2961.17

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2961.17

Dated:  3-31-'09

Signature: _____

Type or Legibly Print Name: Jeffrey Poblete

Current Mailing Address: ███████████████████

███████████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:       $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24


I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24

Dated: 0331 09

Signature:

Type or Legibly Print Name:  Thomas  Porter

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24


Dated:  *03-31-09*

Signature:  *Gregory Prestridge*

Type or Legibly Print Name:  Gregory Prestridge

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $3676.00

I shall receive a check for wages subject to tax withholdings in the amount of

$1838.00


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$1838.00


Dated: 033109

Signature:

Type or Legibly Print Name:  Joshua Prior

Current Mailing Address: ████████████████

████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $867.77

I shall receive a check for wages subject to tax withholdings in the amount of

$433.89


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$433.89

Dated:   3-31-09

Signature:   Robert B Putnam

Type or Legibly Print Name:  Robert  Putnam     ROBERT  PUTNAM

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $4391.85

I shall receive a check for wages subject to tax withholdings in the amount of

$2195.92

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2195.92

Dated:  3/31/09

Signature:

Type or Legibly Print Name:  Anthony Ramirez

Current Mailing Address: ███████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24


Dated: *MArch 31, 09*

Signature: _Deborah Randle_

Type or Legibly Print Name:  Deborah Randle

Current Mailing Address: ███████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:       $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24


Dated: c85icFi

Signature: Myajean Riopas

Type or Legibly Print Name:  Myrajean Riojas

Current Mailing Address:

10
Settlement Agreement And Release
*Minerva Abubakar, et al. v. County of Solano*, Case Number 06-CV-2268-LKK-EFB

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:     $6230.54

I shall receive a check for wages subject to tax withholdings in the amount of

$3115.27


I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$3115.27

Dated: 3-31-09

Signature:

Type or Legibly Print Name:  Juan Rivera

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $6230.54

I shall receive a check for wages subject to tax withholdings in the amount of

$3115.27

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$3115.27

Dated:    3 - 3,1 - 09

Signature:

Type or Legibly Print Name:  Jesus Rodriguez

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:     $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24

Dated:  3/31/09

Signature:

Type or Legibly Print Name:  Scott Rosenkild

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $3276.76

I shall receive a check for wages subject to tax withholdings in the amount of

$1638.38

I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$1638.38

Dated:  3/31/2009

Signature: _____

Type or Legibly Print Name:  Winston Russell

Current Mailing Address:  _____

_____

## SETTLEMENT AGREEMENT AND RELEASE
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $109.62

I shall receive a check for wages subject to tax withholdings in the amount of

$54.81


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$54.81


Dated: 040109

Signature: *Georgina S Manzano*

Type or Legibly Print Name:  Georgina Salinas Manzano

Current Mailing Address: ███████████████████████

███████████████████████████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5523.08

I shall receive a check for wages subject to tax withholdings in the amount of

$2761.54


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2761.54


Dated: _3/31/2009_

Signature: _____

Type or Legibly Print Name:  Mark San Agustin

Current Mailing Address: ███████████████████

█████████████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $6114.97

I shall receive a check for wages subject to tax withholdings in the amount of

$3057.48


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$3057.48


Dated:  03·31·09

Signature:

Type or Legibly Print Name:  Kelly  Scarborough

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $6230.54

I shall receive a check for wages subject to tax withholdings in the amount of

$3115.27


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$3115.27


Dated:  3/31/09

Signature:  _Thomas D. Schlemmer Jr._

Type or Legibly Print Name:  Thomas  Schlemmer, Jr.

Current Mailing Address: ███████████████████████

_____  ██████████████████████  _____

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:       $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24

I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24

Dated:  3/31/09

Signature:

Type or Legibly Print Name:  James  Seder

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $3149.81

I shall receive a check for wages subject to tax withholdings in the amount of

$1574.91


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$1574.91


Dated:  03 31 09

Signature:

Type or Legibly Print Name:  Bouaklong Senesackda

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $2671.13

I shall receive a check for wages subject to tax withholdings in the amount of

$1335.56

I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$1335.56

Dated: 3 31-09

Signature: Anna M Sepulveda

Type or Legibly Print Name:  Anna  Sepulveda

Current Mailing Address: ████████████████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:       $5113.32

I shall receive a check for wages subject to tax withholdings in the amount of

$2556.66


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2556.66

Dated: *3-31-09*

Signature: _____

Type or Legibly Print Name:  John  Shepherd

Current Mailing Address:  _____

_____

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $4734.22

I shall receive a check for wages subject to tax withholdings in the amount of

$2367.11


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2367.11

Dated: ___04 04 09___

Signature: _____

Type or Legibly Print Name:  Mary Shortencarrier

Current Mailing Address:  ____

_____

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva·Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $4891.69

I shall receive a check for wages subject to tax withholdings in the amount of

$2445.84

I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2445.84

Dated: _____3/31/09_____

Signature: _____

Type or Legibly Print Name:  Robert  Simmons

Current Mailing Address: _____

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24


Dated: 03 3/ 09

Signature:

Type or Legibly Print Name:  James  Smith

Current Mailing Address: ███████████████████

███████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:     $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24

Dated: _____

Signature: _____

Type or Legibly Print Name:  Jeffrey  Smith

Current Mailing Address: _____

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:       $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24


Dated: 033109

Signature:

Type or Legibly Print Name:  Steve  Smith

Current Mailing Address:  _

**SETTLEMENT AGREEMENT AND RELEASE**

*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:        $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24

Dated:   3/31/2009

Signature:

Type or Legibly Print Name:  Steven Snyder

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5967.87

I shall receive a check for wages subject to tax withholdings in the amount of

$2983.94

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2983.94

Dated:  *03309*

Signature:  _____

Type or Legibly Print Name:  Luz Solis

Current Mailing Address: ███████████████

_____

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:       $2479.35

I shall receive a check for wages subject to tax withholdings in the amount of

$1239.67

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$1239.67

Dated:  *31 MAR 2009*

Signature:  *Laurence Stahl*

Type or Legibly Print Name:  Laurence Stahl

Current Mailing Address:  ██████████████████

███████████████████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5113.32

I shall receive a check for wages subject to tax withholdings in the amount of

$2556.66


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2556.66


Dated: 03.3/09

Signature: K  S  St

Type or Legibly Print Name:  Ken  Stewart

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $4391.85

I shall receive a check for wages subject to tax withholdings in the amount of

$2195.92

I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2195.92

Dated: 03-31-09

Signature:

Type or Legibly Print Name:  Mark  Thompson

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $6230.54

I shall receive a check for wages subject to tax withholdings in the amount of

$3115.27

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$3115.27

Dated:   3/31.09

Signature:

Type or Legibly Print Name:  Gary  Thornton

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:        $3456.75

I shall receive a check for wages subject to tax withholdings in the amount of

$1728.38


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$1728.38

Dated:   3/31/09

Signature:

Type or Legibly Print Name:  Steven Todd, Jr.

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $6230.54

I shall receive a check for wages subject to tax withholdings in the amount of

$3115.27


I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$3115.27

Dated: _3/31/09_

Signature: _____

Type or Legibly Print Name:  Steven Tomasik

Current Mailing Address: ███████████████████

_____  █████████████████  _____

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:   $6,230.54

I shall receive a check for wages subject to tax withholdings in the amount of

$3,115.27

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$3,115.27

Dated:  3/31/09

Signature:  *Elbert Townsel*

Type or Legibly Print Name:  Elbert Townsell

Current Mailing Address: ███████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $6230.54

I shall receive a check for wages subject to tax withholdings in the amount of

$3115.27

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$3115.27

Dated: ___5/31/09___

Signature: _____

Type or Legibly Print Name:  Jason Trojanowski

Current Mailing Address:  _████████████████

████████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5853.27

I shall receive a check for wages subject to tax withholdings in the amount of

$2926.64

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2926.64

Dated: 31 MAR 09

Signature: *Judy Turner*

Type or Legibly Print Name:  Judy  Turner

Current Mailing Address:  ███████████████

███████████████████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et. al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5826.47

I shall receive a check for wages subject to tax withholdings in the amount of

$2913.23


I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2913.23

Dated:   _____3 - 31 - 09_____

Signature: _____

Type or Legibly Print Name:  Mark  Vargas

Current Mailing Address:  ████████████

██████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:       $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24

I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24

Dated: _033/0 9_____

Signature: _____

Type or Legibly Print Name:  Ignacio Villasenor

Current Mailing Address: ███████████████

██████████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24

Dated: 3/31/09

Signature: Anita C. Wailes

Type or Legibly Print Name:  Anita Wailes

Current Mailing Address:  ███████████████████████████

██████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24


Dated: _31 MARCH 09_

Signature: _____

Type or Legibly Print Name: David  Walter

Current Mailing Address: ___ ████████████████ _____

_____ ████████████████ _____

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:        $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24

Dated: 3-31-09

Signature:

Type or Legibly Print Name:  James  Watson

Current Mailing Address: ███████████████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:     $5679.05

I shall receive a check for wages subject to tax withholdings in the amount of

$2839.52


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2839.52


Dated:   3/31/09

Signature:  O. Weary

Type or Legibly Print Name:  Otis Weary

Current Mailing Address:  ███████████████

███████████████

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24

Dated: 3- 31 - 0 9

Signature:

Type or Legibly Print Name: Lloyd ~~Wilmschen~~ WiLLMSCHEN

Current Mailing Address

**SETTLEMENT AGREEMENT AND RELEASE**

*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to the terms and conditions contained in the Settlement Agreement and Release, as set forth in the nine (9) pages of the settlement agreement above  I have sought the advice of my counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:        $4503.03

I shall receive a check for wages subject to tax withholdings in the amount of

$2251.52

I shall receive a check for liquidated damages which will not be subject to tax withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2251.52

Dated:    3-31-09

Signature:

Type or Legibly Print Name: James  Wilson

Current Mailing Address:

**SETTLEMENT AGREEMENT AND RELEASE**
*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $5960.49

I shall receive a check for wages subject to tax withholdings in the amount of

$2980.24


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$2980.24

Dated: _____3/31/09_____

Signature: _____Scott Wilson_____

Type or Legibly Print Name:  Scott Wilson

Current Mailing Address: _____

_____

## SETTLEMENT AGREEMENT AND RELEASE

*Minerva Abubakar, et al. v. County of Solano*, United States District Court, Eastern
District of California, Case Number 06-CV-2268-LKK-EFB

### INDIVIDUAL SIGNATURE PAGE

I, the undersigned, by signing below, hereby acknowledge that I understand and agree to
the terms and conditions contained in the Settlement Agreement and Release, as set forth
in the nine (9) pages of the settlement agreement above  I have sought the advice of my
counsel with respect to any questions I might have regarding my rights and obligations.

My settlement amount is:      $6055.43

I shall receive a check for wages subject to tax withholdings in the amount of

$3027.71


I shall receive a check for liquidated damages which will not be subject to tax
withholdings but for which I will receive a IRS Form 1099 for 2009 in the amount of

$3027.71


Dated:  4/18/09

Signature:

Type or Legibly Print Name:  Nathan Wold

Current Mailing Address:

# EXHIBIT A

1
DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
2
DAVID K. KING, ESQ. (SBN 252074)
**MASTAGNI, HOLSTEDT, AMICK,**
3
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
4
1912 "I" Street
Sacramento, California 95811
5
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
6

7
**Attorneys for Plaintiffs**

8

9
IN THE UNITED STATES DISTRICT COURT
10
EASTERN DISTRICT OF CALIFORNIA
11

12
MINERVA ABUBAKAR et al. acting for )
themselves and others similarly situated, )
13                                        )
                                          )
14             Plaintiffs,                )
                                          )
15   v.                                   )
                                          )
16                                        )
                                          )
17   COUNTY OF SOLANO,                    )
                                          )
18             Defendant.                 )
    _____)

06-CV-2268-LKK-EFB

**STIPULATION RE APPROVAL OF
SETTLEMENT AGREEMENT AND
DISMISSAL WITH PREJUDICE AND
[PROPOSED] ORDER THEREON**

19

20

21

22
**STIPULATION**

23
The parties to the above captioned action hereby stipulate as follows:

24
1.     Plaintiffs' MINERVA ABUBAKAR , et al. (Collectively "Plaintiffs") are presently or were
25
previously employed by the County of Solano ("Defendant").  Plaintiffs and the Defendant
26
shall be collectively referred to as "Parties" herein.

27

28
**STIPULATION RE APPROVAL OF SETTLEMENT AGREEMENT AND
DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
*Minerva Abubakar, et al. v. County of Solano*
*Case Number 06-CV-2268-LKK-EFB*

-1-

2.    Plaintiffs filed the above captioned action ("Action") on behalf of themselves and others similarly situated alleging violations of the Fair Labor Standards Act (29 U.S.C. § 201 et seq.) ("FLSA").  The Court has jurisdiction over the subject matter of this action and over the parties.

3.    The Defendant filed an Answer to the Complaint denying its material allegations and asserting affirmative defenses thereto.

4.    The Parties dispute the applicability of the FLSA to the facts as alleged in the Complaint.

5.    The Parties have engaged in extensive negotiations in an attempt to resolve their differences, and throughout these negotiations all Parties were, and continue to be, represented by experienced counsel.

6.    The Parties wish to avoid the potential uncertainty, expense and delay of litigation and have therefore reached an agreement.  The terms of the Parties' agreement are embodied in the Settlement Agreement and General Release of All Claims ("Settlement Agreement") that all Parties have executed.  A copy of the Settlement Agreement is attached hereto and incorporated herein.

7.    Courts have determined that the provisions of the FLSA are mandatory and cannot generally be abridged by contract or otherwise waived. (See, e.g., *Lynn's Food Stores, Inc.* v. *United States*, 679 F.2d 1350, 1352 (11th Cir. 1982).)  However, when employees bring a private action for compensation under the FLSA, and present the district court a proposed settlement, the district court may enter a judgment after scrutinizing the settlement for fairness. (*Id*. at 1353).

8.    By entering into this Stipulation and requesting Court approval, the Parties do not intend that the Court should make any findings or determination regarding the law.

///
///
///
///
///

1   IT IS THEREFORE STIPULATED, by and between the Parties, through their respective

2   counsel, that:

3   1.   The Settlement Agreement contains a fair and just negotiated resolution to the current dispute

4        between the parties in this case;

5   2.   The Court approve the Settlement Agreement by signing the Order set forth below;

6   3.   The Court should  reserve jurisdiction over this Action for the purposes of enforcing the

7        Settlement Agreement;

8   4.   Upon the Court's approval of the Settlement Agreement, this Action should be dismissed

9        with prejudice.

10

11  Dated: March 10, 2009                      MASTAGNI, HOLSTEDT, AMICK,
                                               MILLER, JOHNSEN & UHRHAMMER
12

13                                             By:___/s/_____

14                                                   DAVID E. MASTAGNI
                                                     Attorney for Plaintiffs
15

16  Dated: March 10, 2009                      PORTER SCOTT

17                                             By:___/s/_____

18                                                   TERENCE J. CASSIDY
                                                     JOHN R. WHITEFLEET
19                                                   Attorneys for Defendants

20

21

22

23

24

25

26

27

28

---

**STIPULATION RE APPROVAL OF SETTLEMENT AGREEMENT AND**          *Minerva Abubakar, et al. v. County of Solano*
**DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**       *Case Number 06-CV-2268-LKK-EFB*

**[PROPOSED] ORDER**

The Court has carefully reviewed the Settlement Agreement, the Stipulation and proposed Order, and relevant Exhibits.  Based upon a review of the record, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.     The Settlement Agreement, which is incorporated herein by reference, is approved as fair, reasonable and just in all respects as to the Plaintiffs, and the Parties shall perform the Settlement Agreement in accordance with its terms;

2.     The Court reserves jurisdiction over this Action for the purposes of enforcing the Settlement Agreement;

3.     The Court has made no findings or determination regarding the law, and this Stipulation and Order and any exhibits and any of the other documents or written materials prepared in conjunction with this Stipulation and Order shall not constitute evidence of, or any admission of, any violation of the law;

4.     This Action is hereby dismissed with prejudice.

 Dated: _____                       _____
                                                          HONORABLE LAWRENCE K. KARLTON
                                                          UNTIED STATES DISTRICT COURT JUDGE